IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Derek George,<br>*Individually and on behalf of all others similarly situated*, | Case No. 3:20 CV 439<br><br>DISMISSAL ORDER |
| Plaintiff, | JUDGE JACK ZOUHARY |
| -vs- | |
| Dynamic Recovery Solutions, LLC, et al., | |
| Defendants. | |

This Court held a Phone Status on May 13, 2020. Counsel present: Ami Zukowsky for Plaintiff; Boyd Gentry for Defendants Dynamic Recovery Solutions and Pendrick Capital Partners.

Counsel advise a settlement was reached.

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

May 14, 2020